1  KAREN P. HEWITT
   United States Attorney
2  CARLA J. BRESSLER
   Assistant United States Attorney
3  California State Bar No. 134886
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6763
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

**FILED**

DEC 2 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

9            UNITED STATES DISTRICT COURT

10      SOUTHERN DISTRICT OF CALIFORNIA 07cR3452-WQH

11  UNITED STATES OF AMERICA,        )    Magistrate Case No.  07MJ8978
                                     )
12              Plaintiff,           )
                                     )    **STIPULATION OF FACT AND JOINT**
13         v.                        )    **MOTION FOR RELEASE OF**
                                     )    **MATERIAL WITNESS(ES) AND**
14  JOSE LUIS MENDOZA-RAMOS          )    **ORDER THEREON**
    T/N Jonas Serrano-Gonzalez,      )
15                                   )
                Defendant.           )    **(Pre-Indictment Fast-Track Program)**
16  _____)

17         **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carla J.

19  Bressler, Assistant United States Attorney, and defendant JOSE LUIS MENDOZA-RAMOS, by and

20  through and with the advice and consent of defense counsel, Linda Lopez, Federal Defenders of San

21  Diego, Inc., that:

22         1.     Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27  and (v)(II).

28  //

CJB:mg:12/13/07

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before **January 11, 2008**.

6    4.    The material witnesses, Manuel Ruiz-Rangel, Jorge Vasquez-Millan, and Jose victor

7    Jimenez-Guitierrez, in this case:

8    a.    Are aliens with no lawful right to enter or remain in the United States;

9    b.    Entered or attempted to enter the United States illegally on or about

10    December 11, 2007;

11    c.    Were found in a vehicle driven by defendant near Calexico, California and

12    that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful

13    right to enter or remain in the United States;

14    d.    Were paying an unknown amount or $2,000 to others to be brought into the

15    United States illegally and/or transported illegally to their destination therein; and,

16    e.    May be released and remanded immediately to the Department of Homeland

17    Security for return to their country of origin.

18    5.    After the material witnesses are ordered released by the Court pursuant to this

19    stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20    reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21    including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22    a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

23    substantive evidence;

24    b.    The United States may elicit hearsay testimony from arresting agents

25    regarding any statements made by the material witness(es) provided in discovery, and such testimony

26    shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27    of (an) unavailable witness(es); and,

28    Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Luis Mendoza-Ramos          2                    07MJ8978

1         c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4    waives the right to confront and cross-examine the material witness(es) in this case.

5         6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7    further that defendant has discussed the terms of this stipulation and joint motion with defense

8    counsel and fully understands its meaning and effect.

9         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10    immediate release and remand of the above-named material witness(es) to the Department of

11    Homeland Security for return to their country of origin.

12         It is STIPULATED AND AGREED this date.

13                             Respectfully submitted,

14                             KAREN P. HEWITT
                         United States Attorney

15

16    Dated:  12/27/07.

17                             CARLA J. BRESSLER
                         Assistant United States Attorney

18
    Dated:  12-27-07.

19                             LINDA LOPEZ
                         Defense Counsel for Jose Luis Mendoza-Ramos

20

21    Dated:  12-27-07.           X  Jonas Serrano Gonzales

22                             <del>JOSE LUIS MENDOZA-RAMOS</del>
                         Defendant  Jonas serrano gonzalez

23

24

25

26

27

28      Stipulation of Fact and Joint Motion for Release of
  Material Witness(es) And Order Thereon in
  United States v. Jose Luis Mendoza-Ramos      3              07MJ8978

1          **O R D E R**

2          Upon joint application and motion of the parties, and for good cause shown,

3          **THE STIPULATION** is admitted into evidence, and,

4          **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5     forthwith to the Department of Homeland Security for return to their country of origin.

6          **SO ORDERED.**

7

8     Dated:  _12/27/07_  .                                   _____
                                                               United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28     Stipulation of Fact and Joint Motion for Release of
       Material Witness(es) And Order Thereon in
       United States v. Jose Luis Mendoza-Ramos          4                           07MJ8978