UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 07CR 3452-WQH |
| Plaintiff | ) | CRIMINAL NO. 07mj8978 |
| vs. | ) | ORDER |
| Jose Luis Mendieta-Ramos | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Victor Jimenez-Gutierrez

DATED: 12/27/07

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                     OR
　　　　　　　　DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
　　Deputy Clerk

J. Jarabek