AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED** DEC 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

JOSE LUIS MENDOZA-RAMOS
T/N Jonas Serrano-Gonzalez

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3452-WQH

I, ~~JOSE LUIS MENDOZA-RAMOS~~ Jonas Serrano Gonzalez, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 12-27-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Jonas Serrano Gonzales_
Defendant

_Diane Reg___
Defense Counsel

Before _____
Judicial Officer