AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
   v.

JONAS SERRANO-GONZALEZ,
        Defendant.

**APPEARANCE**

Case Number: 07CR3452-WQH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JONAS SERRANO-GONZALEZ
I am replacing LINDA LOPEZ on this case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/23/2008 | /s/ ROBERT R. HENSSLER |
| Date | Signature |
| | ROBERT HENSSLER / Federal Defenders o`     `216165 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City     State     Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 23, 2008                                          /s/ Robert R. Henssler
                                                                 ROBERT R. HENSSLER, JR.
                                                                 Federal Defenders of San Diego, Inc.
                                                                 225 Broadway, Suite 900
                                                                 San Diego, CA 92101-5030
                                                                 (619) 234-8467  (tel)
                                                                 (619) 687-2666  (fax)
                                                                 e-mail: Robert_Henssler@fd.org